CHRISTINA SCHWARTZ, Respondent, v. ANDREW DE WIT and H. SOPHIA DE WIT (Wife), Appellants.

No. 1192; November 18, 1856.

Nonsuit—Failure of Defendant to Answer.—A nonsuit in a cause in which the defendant had filed no answer may properly be set aside, and there should be a new trial awarded the plaintiff.

APPEAL from Twelfth Judicial District, San Francisco County.

Baker, Dawes & Westar for respondent; J. C. Albertson and James McCabe for appellants.

HEYDENFELDT, J.—The plaintiff was entitled to judgment against the defendant, who failed to answer, and this makes the nonsuit erroneous. The court below was certainly right in correcting this error by setting aside the nonsuit and ordering a new trial. In another trial the plaintiff may obtain in the district court that which he seeks, and therefore this appeal is not properly taken.

Order affirmed.

We concur: Murray, C. J.; Terry, J.